IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LARRY GERMANY**                                                        **PLAINTIFF**

v.                  **Case No. 4:10-cv-1099-DPM**

**RUSSELLVILLE STEEL COMPANY, INC.**            **DEFENDANT**

## ORDER

For the reasons stated on the record at the 16 September 2011 hearing both parties' motions for summary judgment, *Document Nos. 24 & 27*, are granted in part and denied in part; Russellville Steel's motion *in limine*, *Document No. 55*, is granted; and Germany's motion to strike, *Document No. 36*, is withdrawn. Germany's motion *in limine*, *Document No. 22*, and Russellville Steel's motion to strike, *Document No. 30*, remain pending.

    So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 September 2011