IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY GERMANY                                                                                    PLAINTIFF

v.                              Case No. 4:10-cv-1099-DPM

RUSSELLVILLE STEEL COMPANY, INC.                                      DEFENDANT

ORDER

The motion to reconsider strikes the Court as reargument (albeit a nicely condensed reargument) of the points already made in previous filings and at the summary-judgment hearing. And for the reasons previously given, the motion to reconsider, *Document No. 76*, is also denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 Nov. 2011