IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY GERMANY                                                                                    PLAINTIFF

VS.                        CIVIL ACTION NO. 4:10CV01099 DPM/JTR

RUSSELLVILLE STEEL COMPANY INC                                              DEFENDANT

## ORDER

Larry Germany and Russellville Steel Company Inc., have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray on 05/15/2012.  The settlement agreement which the Court dictated into the record shall be filed **UNDER SEAL**.

IT IS SO ORDERED, this 16th day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE