IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY GERMANY                                              PLAINTIFF

v.                           No. 4:10-cv-1099-DPM

RUSSELLVILLE STEEL COMPANY INC.                            DEFENDANT

JUDGMENT

Larry Germany's amended complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 June 2012