IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LARRY GERMANY**                                                     **PLAINTIFF**

v.                          No. 4:10-cv-1099-DPM

**RUSSELLVILLE STEEL COMPANY INC.**               **DEFENDANT**

## JUDGMENT

Larry Germany's amended complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>19 June 2012</u>